**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2147

JOHN RYAN SCHLAMP,

              Plaintiff - Appellant,

       v.

PRINCE GEORGE'S COUNTY, MARYLAND; ISMAEL CANALES, Detective
#1891, Prince George's County Police Department,

              Defendants – Appellees,

       and

GLENN F. IVEY, Prince George's County States Attorney's
Office; FRANCIS LONGWELL, Prince George's County States
Attorney's Office; ELAINE MOORE, Captain, Prince George's
County Police Department; BUTLER, Corporal #1891, Prince
George's County Police Department; MELVIN C. HIGH, Chief of
Police, Prince George's County Police Department; STEPHEN C.
ORENSTEIN, Legal Advisor, Prince George's County Police
Department; RONALD SCHIFF, Judge, Prince George's County
Courts; ROSS BOGASH, PFC, University of Maryland Police;
MARY BROCK, Corp., University of Maryland Police Department,

              Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Deborah K. Chasanow, District Judge.
(1:06-cv-01644-DKC)

Submitted:  April 16, 2009          Decided:  April 20, 2009

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

John Ryan Schlamp, Appellant Pro Se.  Kevin Bock Karpinski, KARPINSKI, COLARESI & KARP, PA, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Ryan Schlamp appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Schlamp's motion for appointment of counsel and affirm for the reasons stated by the district court. Schlamp v. Prince George's County, Maryland, No. 1:06-cv-01644-DKC (D. Md. Sept. 11, 2008).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* We decline to consider issues Schlamp raises for the first time on appeal.

3